**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-06-1023-001-PCT-LOA |
| Plaintiff, | ) | |
| v. | ) | O R D E R |
| Beleah Stormy Savala, | ) | |
| Defendant. | ) | |

The defendant was originally placed on probation by this Court on November 30, 2006. On March 7, 2007, a Petition to Revoke was filed alleging a violation of Standard Condition No(s). 4 and 7 and Special Condition No(s) 1. On November 30, 2007, an evidentiary hearing was conducted at which time the defendant admitted to the violations.

The defendant appeared with counsel, AFPD Jane McClellan, and the Government was represented by AUSA Kimberly Hare for the final disposition hearing.

**IT IS ORDERED** revoking the defendant's probation and placing her on probation for a period of **TWO (2) YEARS** from today's date under the standard conditions of probation, plus the following special conditions:

The defendant shall comply with the standard conditions of supervision adopted by this Court in General Order 05-36:

1. You shall not commit another federal, state, or local crime during the term of

supervision.

    2. You shall not associate with any persons engaged in criminal activity, and shall not associate with any known person convicted of a felony, except your father, unless granted permission to do so by the probation officer.

The defendant shall also comply with the following special conditions:

    1. You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

    2. You shall submit your person, property (including but not limited to computer, electronic devices, and storage media), residence, office, or vehicle to a search conducted by a probation officer, at a reasonable time and in a reasonable manner.

    3. The defendant shall maintain full-time employment and/or full-time schooling or part time employment and part-time employment as directed by the probation officer.

    4. You shall not contact the following victim(s), Barry Wascogame, and the probation officer will verify compliance.

    5. You shall abstain from all use of alcohol or alcoholic beverages.

    6. The defendant shall remain and reside at BSSW (Florence), follow all program requirements and successfully complete a **ONE HUNDRED EIGHTY (180) DAY** residential program as directed by her U.S. Probation Officer.

**IT IS ORDERED** that the Defendant is advised of her right to appeal the imposed sentence by filing a Notice of Appeal within 10 days from the date of entry of this order.

DATED this 5th day of December, 2007.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge

2