WO

X FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 19 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>vs.<br><br>Beleah Stormy Salvala,<br><br>      Defendant. | CR-06-1023-PCT-LOA<br><br><br><br>**<u>ORDER</u>** |

A detention hearing on the Petition on Probation was held on June 12, 2008.

**THE COURT FINDS** that the Defendant has failed to sustain her burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that she is not a flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 18th day of June, 2008.

                                                */s/ Lawrence O. Anderson*
                                                Lawrence O. Anderson
                                                United States Magistrate Judge